UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY T. NEWELL,

    Plaintiff,

v.

CIVIL ACTION NO. 05-60106

HON. JOHN CORBETT O'MEARA

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S REPORT AND RECOMMENDATION

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept 8, 1998), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED.**

                                     s/John Corbett O'Meara
                                     John Corbett O'Meara
                                     United States District Judge

Dated: October 12, 2005